IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-142-WKW |
| | ) |
| KENNETH JONES, et al., | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 28th day of February, 2008.

          /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE