IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, #190083, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-142-WKW |
| | ) | |
| KENNETH JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

In his petition for habeas corpus relief, the petitioner requests that the court appoint counsel to represent him in this matter. *Court Doc. No. 1* at 13. The court therefore construes this document to contain a motion for appointment of counsel. Upon consideration of the motion for appointment of counsel, and in light of the voluminous cases litigated before this court by the petitioner, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 29th day of February 2008.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE