Linero

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Troy King
Office of the Attorney General
Alabama State House
11 South Union Street, Third Floor
Montgomery, AL 36130

2:08CV142 (pet/order) ans due 3/19

2. Article Number
(Transfer from service label)    7007 1490 0000 0026 6107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Taylor    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 3/3/08

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540