IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:08-CV-142-WKW ) |
| KENNETH JONES, et al., | ) ) |
| Respondents. | ) |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and Kenneth Jones, Respondents in the above-named cause, and make the following disclosure regarding potential conflicts of interest:

1. Neither Troy King or Kenneth Jones have any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

        Respectfully submitted,

        Troy King (KIN047)
        *Attorney General*
        By:

        <u>/s/Jean-Paul M. Chappell</u>
        Jean-Paul M. Chappell
        *Assistant Attorney General*
        #CHA073

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>19th</u> day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Ralph Wilson Lingo, AIS #190083, Bullock Correctional Facility, P.O. Box 5107, Union Springs, AL 36089-5107</u>.

    Respectfully submitted,

    /s/Jean-Paul M. Chappell (CHA073)
    Jean-Paul M. Chappell (CHA073)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, AL 36130-0152
    Telephone: (334) 242-7300
    Fax: (334) 242-2848
    E-Mail: jchappell@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

394874/119020-001