IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| #190083, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 2:08-CV-142-WKW |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

Come now Respondents in the above-styled cause and request an additional twenty days in which to respond to this Court's Order. As grounds for the request the Respondent's show the following:

1. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

2. The Petitioner will not be prejudiced by the granting of this request.

Wherefore, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for twenty additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to the Petitioner.

    Respectfully submitted,

    s/Jean-Paul M. Chappell (CHA073)
    Jean-Paul M. Chappell (CHA073)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, Alabama  36130-0152
    Telephone: (334) 242-7300
    Fax: (334) 242-2848
    E-Mail: jchappell@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Ralph Wilson Lingo, AIS #190083, Bullock Correctional Facility, P.O. Box 5107, Union Springs, AL 36089-5107.

    Respectfully submitted,

    s/Jean-Paul M. Chappell (CHA073)
    Jean-Paul M. Chappell (CHA073)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, Alabama  36130-0152
    Telephone: (334) 242-7300
    Fax: (334) 242-2848
    E-Mail: jchappell@ago.state.al.us

395010/119020-001