IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RALPH WILSON LINGO,      )
  #190083,                 )
                         )
         Petitioner,     )
                         )
v.                     )    CIVIL ACTION NO.
                         )    2:08-CV-142-WKW
                         )
KENNETH JONES, et al.,   )
                         )
         Respondents.   )

**ANSWER TO LINGO'S 28 U.S.C. § 2254 PETITION**

Come now the Respondents, by and through the Attorney General of the State of Alabama, pursuant to this Court's order issued on February 29, 2008, and answer Lingo's petition as follows:

1.    Lingo pleaded guilty to criminal conspiracy to commit a Class B felony, on September 25, 2003, and was sentenced on the same day to serve 15 years in prison, as an habitual offender, with two prior felony convictions.   The judge suspended the sentence and ordered Lingo to serve two years in prison followed by five years of probation.  (Ex. A, p.  1-4; Ex. B, p. 1-2)

2.    As best the Respondents can determine, Lingo raises the following issues in his habeas petition:

    a.    The evidence obtained against him was the result of an illegal search. There is no record of the search warrant having ever been filed. He was arrested at the Houston County Jail and informed he was being arrested on a prior felony charge; however, the officer did not have authority to arrest him, because the officer had allegedly been through drug and alcohol treatment, had a felony record, and was no longer a police officer. (Doc. 1, p. 5-8[1])

    b.    His attorney misled him, lied to him, withdrew immediately before trial, and assaulted him. (Doc. 1, p. 10)

    c.    He could not appeal the denial of his post-conviction petition, because federal marshals took his legal papers and he needed his motion for discovery. (Doc. 1, p. 6)

3.    This Court should deny Lingo habeas relief, because his petition is time-barred under 28 U.S.C. § 2244(d).

---

[1] The Respondents have combined Lingo's first three grounds into one ground for the sake of brevity.

## Procedural History

### A.    Trial and Direct Appeal

4.    Lingo pleaded guilty to criminal conspiracy to commit a Class B felony on September 25, 2003.  (Ex. A, p. 1, 3; Ex. B, p. 1-2)  A charge of arson in the second degree was dropped.  (Ex. A, p. 3)  He was sentenced, on that same day, to serve 15 years in prison as an habitual offender with two prior felony convictions.  (Ex. A, p. 2-4; Ex. B, p. 1-2)  The sentence, however, was suspended and Lingo was ordered to serve two years in prison followed by five years on probation.  (Ex. A, p. 2-3)

5.    Lingo filed a motion to withdraw his plea on December 3, 2003.  (Ex. A, p. 4; Ex. B, p. 1-2)  The motion was denied on December 19, 2003.  (Ex. A, p.4; Ex. B, p. 2)  Lingo filed several other motions including a motion to apparently place his case back on the docket, on December 23, 2004, which was denied on December 29, 2003, and a motion to apparently appoint an appellate attorney, on January 6, 2004, and another motion to appoint an appellate attorney on January 15, 2004.  Both of the motions to appoint appellate attorneys were denied on January 7, 2004, and January 20, 2004, respectively.  (Ex. A, p. 4)

6.    Lingo filed an untimely notice of appeal on March 26, 2004.  (Ex. A, p. 4; Ex. B, p. 1-3)  The Alabama Court of Criminal Appeals dismissed the appeal,

3

as untimely filed, and issued a certificate of judgment on April 27, 2004. (Ex. C, p. 1-2)

**B.    State Post-Conviction Petitions**

7.    Lingo filed a state post-conviction petition, pursuant to Rule 32 of the Alabama Rules of Criminal Procedure, on September 10, 2004. (Ex. D, p. 1-2) The petition was denied on November 1, 2004. (Ex. D, p. 1, 3) Lingo did not directly appeal the denial of the petition.

## MEMORANDUM BRIEF

**A.    Applicability of the One-Year Statute of Limitations**

8.    Title 28 U.S.C. § 2244(d)(1) applies a one-year statute of limitation to an application for a writ of habeas corpus to an individual incarcerated pursuant to a state court judgment.

> (d)(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
>
> > (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
> >
> > (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

4

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or,

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

9.     This one-year statute of limitation became effective on April 24, 1996. See Carey v. Saffold, 536 U.S. 214, 217 (2002) (noting the effective date of the federal limitation period); Drew v. Dept. of Corr., 297 F.3d 1278, 1282 (11th Cir. 2002) (same). In cases where the conviction is obtained following the one-year period, the defendant has one year from the date on which his conviction becomes final to mount a federal challenge. Title 28 U.S.C. § 2244(d)(1)(A).

10.     Lingo's conviction became final on November 6, 2003 -- 42 days from the date of his sentencing. See Ala. R. App. P. 4(b)(1). Lingo's motion to withdraw his plea filed on December 3, 2003, has no effect on the date that his conviction became final, because the motion was untimely. The motion had to be filed 30 days from sentencing.    See Nelson v. State, 866 So. 2d 594, 594 n.1 (Ala. Crim. App. 2002) (" 'A motion to withdraw a guilty plea is the functional equivalent of a motion for a new trial.' Wallace v. State, 701 So. 2d 829, 830 (Ala.

5

Crim. App. 1997). 'A motion for a new trial must be filed no later than thirty (30) days after sentence is pronounced.' Rule 24.1(b), Ala.R.Crim.P.").

11.    A total of 309 days elapsed between Lingo's conviction becoming final, and the filing of his post-conviction petition.[2]    The filing of this timely Rule 32 petition tolled the limitations period. See 28 U.S.C. § 2244(d)(2) (West 2008). The petition was denied on November 1, 2004. Therefore, Lingo had 42 days from this date, or until December 13, 2004, to timely file his notice of appeal. Lingo did not appeal the denial of his Rule 32 petition; therefore, the tolling period ended on December 13, 2004. See Cramer v. Secretary, Dept. of Corr., 461 F. 3d 1380, 1383 (11th Cir. 2006) (holding that even when the petitioner does not avail himself of the right to appeal, his post-conviction petition remains pending until the time for filing the appeal ends).

12.    Lingo filed his federal habeas corpus petition on February 25, 2008. (Doc. 1, p. 15; Doc. 4-1, p. 1) A total of 1169 days -- or three years, two months, and 12 days -- elapsed between the time that his post-conviction petition was no longer pending and the filing of his habeas petition. Lingo only had 66 days, however, remaining to file his federal habeas petition when he filed his state post-

---

[2] Lingo is not entitled to the additional 90 days to petition the Supreme Court of the United States for certiorari review before his conviction becomes final, under Bond v. Moore, 309 F.3d 770, 773-74 (11th Cir. 2002), because he never appealed his case through the "state court of last resort," the Supreme Court of Alabama. See U.S. Sup. Ct. R. 13.1.

6

conviction petition.  Therefore, he only had until February 17, 2005, to timely file his federal habeas petition.  Lingo's petition is untimely by 1103 days, or 3 years and eight days.

13.    Lingo also has not demonstrated any "extraordinary circumstances that are both beyond his control and unavoidable with diligence" that could equitably toll his untimely petition.  See Sandvik v. United States, 177 F. 3d 1269, 1271 (11th Cir. 1999).  Lingo mentions that he was unable to appeal the denial of his post-conviction petition, because he did not have a copy of a motion for discovery or other legal papers.  (Doc. 1, p. 6)  To the extent that he raises this circumstance as a ground for equitable tolling, although he never mentions equitable tolling, it is without merit.  The Eleventh Circuit Court of Appeals has held that being separated from one's legal papers does not justify equitable tolling when the petitioner does not show that the circumstances surrounding the separation from the papers was extraordinary, or when the petitioner does not demonstrate that the papers were necessary to timely file his federal habeas petition, and that he diligently attempted to obtain them.  See Dodd v. United States, 365 F. 3d 1273, 1282-83 (11th Cir. 2004).

14.    Further, such paperwork is not necessary to file a proper notice of appeal in the state courts.  All that is required is that "[t]he notice of appeal shall specify the party or parties taking the appeal; shall designate the judgment, order or

7

part thereof appealed from; and shall name the court to which the appeal is taken."

Ala. R. App. P. 3(c).  Even if, however, Lingo could not comply with these

requirements, he would have still been able to appeal the denial of his post-

conviction petition if he had simply filed a document that reasonably indicated that

he wanted to appeal the denial of the Rule 32 petition.

> Th[e] [Supreme] Court [of Alabama] has stated that "even
> where the notice of appeal fails to comply with Rule 3(c)," Ala. R.
> App. P., appeal can still lie if "the intention to appeal from a specific
> judgment may be reasonably inferred from the text of the notice."
> Edmondson v. Blakey, 341 So.2d 481, 483 (Ala.1976).
>
> ....
>
> "The spirit of the [Ala.R.App.P.] is recognized and restated to
> insure the just, speedy and inexpensive determination of every
> appellate proceeding on its merits.... Nothing in the rules is designed
> to catch the unwary on technicalities.  Jones v. Chaney & James
> Const. Co., [399 F. 2d 84 (5th Cir.1968) ].  A simple statement
> indicating what judgments the appellant appeals from is all that is
> required."
>
> [Edmonson,] 341 So. 2d at 484.

Ex parte Soule, 892 So.2d 879, 881 (Ala. 2004).

15.    Lingo also mentions that he is unable to read, and therefore could not

directly appeal his guilty plea conviction.  (Doc. 1, p. 6)  To the extent that this is

also a ground for equitable tolling, it is without merit.  It does not justify waiting

over three years beyond the deadline to file his federal habeas corpus petition.  The

Eleventh Circuit has noted that not being able to read or speak English, by itself, is

8

not a sufficient ground to equitably toll the limitations period.  See United States v.

Montano, 398 F. 3d 1276, 1280 n.5 (11th Cir. 2005) (citing Coban v. Burgess, 306

F. 3d 441, 444 (6th Cir. 2002).[3]

> Respectfully submitted,
>
> Troy King (KIN047)
> *Attorney General*
> By:
>
> /s/Jean-Paul M. Chappell
> Jean-Paul M. Chappell
> *Assistant Attorney General*
> #CHA073

---

[3] The Respondents believe that Lingo's habeas petition is clearly barred by the one-year statute of limitations and has submitted supporting documentation.  The claims are also barred, because Lingo failed to litigate his claims through the state's highest appellate court, the Supreme Court of Alabama and is now procedurally defaulted from doing so.  If the Court does not believe that Lingo's petition is barred by the limitations period, they respectfully request an opportunity to more fully argue that Lingo has not fully exhausted his claims, and they are procedurally defaulted.

9

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>8th</u> day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Ralph Wilson Lingo, AIS #190083, Bullock Correctional Facility, P.O. Box 5107, Union Springs, AL 36089-5107</u>.

Respectfully submitted,

/s/Jean-Paul M. Chappell (CHA073)
Jean-Paul M. Chappell (CHA073)
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jchappell@ago.state.al.us

393260/119020-001

## ALABAMA SJIS CC/DC CASE DETAIL

**OFFICE**  **PREPARED FOR: JEAN-PAUL CHAPPELL**

*alacourt.com*

County: **69**  Case Number: **CC-2003-000290.00**  Charge  **ARS2**
Name: **LINGO RALPH W #190083**

## Case

### Case Information

County: **69 - BARBOUR - EUFAULA**  Case Number: **CC-2003-000290.00**  JudgeID: **LBS-HON. BURT SMITHART**  Defendant status: **E-Unknown**
Filed: **08/29/2003**  Arresting agency type: **C-County**  Muni N°: **00**  City:
Arrest date: **09/22/2003**  Offense date: **01/24/2003**  ORI: **0060000**  Officer:
Indictment date: **08/27/2003**  Grand jury: **142**  Attorney 1:  Ticket N°:
Tracking N°'s: **0/0/0**
Date: **12/8/2003**  Que: **001**  Time:  Desc: **PROB  PROB/RESTITUTION**

### Defendant Information

Name: **LINGO RALPH W #190083**  Alias 1:  Alias 2:
DOB: **02/04/1962**  SSN: **XXX-XX-X145**  Driv License N°: **AL**
Height: **5'09"**  Weight: **240**  Race/Sex: **/**  Eyes/Hair: **GRN/BRO**
State ID: **AL0**  Youthful Date:  AL institutional service #: **190083**  Probation Office#: **0000000-00**
Address 1: **EASTERLING CF 7A-134**  Address 2: **200 WALLACE DRIVE**
Zip: **36017**  City: **CLIO**  State: **AL**  Country: **US**

### Prosecutor & Atty Info

Prosecutor: **WHI025**  Attorney 1:  Attorney 2:
Prosecutor Flag: **Turn off Notice**  Attorney 1 Flag: **Receive Notice**  Attorney 2 Flag: **Receive Notice**

### Warrant Information

Warrant Date: **-**  Warrant Action: **-**  Warrant Location: **-**
Bondsman process issuance:  Bondsman return:

### Charges

1. Crime co: **ARS2**  Statute: **ARSON 2ND**  Stat Name: **13A-007-042**  Class/Categ: **F PR**  Counts: **001**
2. Crime co: **CC06**  Statute: **CRIM CONSPIRACY**  Stat Name: **13A-004-003**  Class/Categ: **F OT**  Counts: **001**
3. Crime co:  Statute: **- FELONY B**  Stat Name:  Class/Categ:  Counts:
More: **N**  Domestic Violence:  Case Type: **F**  Case Categ: **PR**
Comment:

### Bonding Information

Bond amt: **15000.00**  Bond type:  Bond co:
Release date:  Surety: **000**  Complaining Witness: **000**
Jury Demand:  Appeal Date:

## Settings

### Setting Dates

| | Dates: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 12/8/2003 | 001 | | PROB- PROB/RESTITUTION |
| 2: | 09/25/2003 | 001 | 08:30 AM | PLEA-PLEA DOCKET |
| 3: | | 000 | 00:00 | - |
| 4: | | 000 | 00:00 | - |

EXHIBIT

A

PENGAD 800-631-6989



## Disposition

### Disposition

| | | | |
|---|---|---|---|
| Court Action:  G-Guilty plea | Court Action date:  9/25/2003 | Jury: | More:  N |
| Charge 1:  ARS2 ARSON 2ND          13A-007-042          F B | | Counts:  001 | CA:  N 09/25/2003 |
| Charge 2:  CC06 CRIM CONSPIRACY - FELONY B   13A-004-003          F B | | Counts:  001 | CA:  G 09/25/2003 |
| Charge 3: | | Counts: | CA: |
| Admin Docket: | Why: | Trial Began,No Verdict1: | TBNV2: |
| Appeal:    03/26/2004 | Court of Appeal: | Type: | Grand Jury's Action: |
| Continuance Date: | Why: | Cont N° :   0 | Domestic violence: |
| Comment: | | | |
| Case Compl:  N | Sent Prov:  Y | Due: | |
| No of Warrants: 0 | No of Subpoenas: 1 | Updated:   08/31/2004 | |

## Sentence - 69CC200300029000

### Sentence

| | | | |
|---|---|---|---|
| Sent:    09/25/2003 | Begin:    09/25/2003 | End        0 | PRB Beg: |
| IMP CONF:  02 00 000 | SUSP CONF: 13 0 0 000 | Total Conf:    15 0 0 000 | Jail Cred:  00  0 0 000 |
| LICN Susp:  00  0 0 000 | Probation:  05 0 0 000 | PRB Rev: | |

### Monetary

| | | | |
|---|---|---|---|
| Cost: X | Fine Imp: X 250.00 | Fine Susp: 0.00 | CVCC: X | HIS: X |
| WCCS: | MCOS: | JFEE: 0.00 | DRGF: # 0 | ASUS: |
| WCDA: | REMB: | 3CVC: | WARR: | USFE: |
| PREL: | DRUG: | RCUP: 0.00 | SUBP: X | |
| RES1: X 7094.92 W001 | RES2: 0.00 | | RES3: 0.00 | |
| RES4: 0.00 | RES5: 0.00 | | RES6: 0.00 | |

### Confine

| | | | | | |
|---|---|---|---|---|---|
| PENT: X | LIFE: | LWOP: | DEATH: | SPLIT: X | BOOT: DAYS:0    EMON: DAYS:0 |
| JAIL: | CCUR: X | CSEC: | CTERM: | RVSPL: | GANG: DAYS:0 |

### Programs

| | | | | | | |
|---|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: HOURS: 0 | SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: | ASCH: | ANGER: | DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: | HOOF: X |
| DRUGCODE: | MEAS: | VOL: 0.00 | | |

| | | | |
|---|---|---|---|
| SEC/CUR:   X | | | |
| Comment: | | | |
| Bal Due: | Due: | CRO: | Updated:   Cost: 01/08/2004 by DAN |

© Alacourt.com   3/7/2008          2

## Financial

### Fee Sheet

| PR: | NO: | Acct | From | For | To | Total Due | Amt Paid | Balance | Hold Amt |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 1 | CF00 | | | | $262.00 | $0.00 | $262.00 | 0.00 |
| 11 | 1 | SF30 | | | | $18.00 | $0.00 | $18.00 | 0.00 |
| 20 | 1 | CF10 | | | | $250.00 | $0.00 | $250.00 | 0.00 |
| 50 | 1 | CF71 | | | | $25.00 | $0.00 | $25.00 | 0.00 |
| 51 | 1 | CF72 | | | | $25.00 | $0.00 | $25.00 | 0.00 |

© Alacourt.com  3/7/2008    3

| 53 | 1 | SO75 | | | | $30.00 | $0.00 | $30.00 | 0.00 |
| 90 | 1 | R001 | | | W001 | $7,094.92 | $0.00 | $7,094.92 | 0.00 |
| | | | | | TOTAL: | $7,704.92 | $0.00 | $7,704.92 | $0.00 |

### Financial History

| Transaction Date | Transaction Type | Disb Acct | Payment From/To | Batch | Check or Receipt # | Amount | Fee | Money Type | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2003 | Z-FEE ADDED | | SO7553 | 2004004 | 0 | 30.00 | N | O | | DAN |
| 10/14/2003 | Z-FEE ADDED | | CF0010 | 2004004 | 0 | 262.00 | N | O | | DAN |
| 10/14/2003 | Z-FEE ADDED | | CF1020 | 2004004 | 0 | 250.00 | N | O | | DAN |
| 10/14/2003 | Z-FEE ADDED | | CF7150 | 2004004 | 0 | 25.00 | N | O | | DAN |
| 10/14/2003 | Z-FEE ADDED | | CF7251 | 2004004 | 0 | 25.00 | N | O | | DAN |
| 10/14/2003 | Z-FEE ADDED | | SF3011 | 2004004 | 0 | 18.00 | N | O | | DAN |
| 10/14/2003 | Z-FEE ADDED | | R00190 | 2004004 | 0 | 0.00 | Y | O | | DAN |
| 12/22/2003 | X-FEE CHANGED | | R00190 | 2004015 | 0 | 7094.92 | Y | O | | DAN |
| 02/02/2005 | Z-FEE ADDED | | D9991 | 2005021 | 0 | 2311.48 | N | O | | DET |
| 02/10/2005 | Y-FEE DELETED | | D9991 | 2005021 | 0 | 2311.48 | N | O | | DET |

### Case Action Summary - 69CC200300029000

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 09/02/2003 | 11:14:03 | JUDG | ASSIGNED TO: (LBS) HON. BURT SMITHART    (AR01) | DEH |
| 09/02/2003 | 11:14:04 | STAT | INITIAL STATUS SET TO: "E" - UNKNOWN    (AR01) | DEH |
| 09/02/2003 | 11:14:05 | FILE | FILED ON: 08/29/2003    (AR01) | DEH |
| 09/02/2003 | 11:14:06 | FILE | CHARGE 01: ARSON 2ND/#CNTS: 001    (AR01) | DEH |
| 09/02/2003 | 11:14:07 | FILE | CHARGE 02: CRIM CONSPIRACY - FE/#CNTS: 001 (AR01) | DEH |
| 09/02/2003 | 11:14:08 | INDT | DEFENDANT INDICTED ON: 08/27/2003    (AR01) | DEH |
| 09/02/2003 | 11:14:10 | BOND | BOND SET AT: $15000.00    (AR01) | DEH |
| 09/02/2003 | 11:15:49 | DAT1 | SET FOR: ARRAIGNMENT ON 09/15/2003 AT 0830A(AR10) | DEH |
| 09/02/2003 | 11:15:50 | DAT2 | SET FOR: PLEA DOCKET ON 09/25/2003 AT 0830A (AR10) | DEH |
| 09/03/2003 | 8:33:37 | CAPS | CAPIAS ISSUED ON: 09/03/2003    (AR08) | DEH |
| 09/05/2003 | 4:35:17 | TEXT | ORDER TO TRANSFER INMATE | DAN |
| 09/08/2003 | 7:34:53 | ATY1 | ATTORNEY FOR DEFENDANT: NEW GARY R    (AR10) | DAN |
| 09/09/2003 | 3:36:24 | TEXT | NOTICE OF APPEARANCE | DEH |
| 09/09/2003 | 3:36:25 | TEXT | MOTION FOR DISCOVERY | DEH |
| 09/16/2003 | 8:32:08 | TEXT | MOTION TO REDUCE BAIL | DEH |
| 09/22/2003 | 4:34:10 | TEXT | DEFENDANT ARRESTED | DAN |
| 09/23/2003 | 4:36:16 | TEXT | ORDER TO TRANSFER INMATE | DAN |
| 09/25/2003 | 3:52:39 | TEXT | PNG & WOA | DAN |
| 09/25/2003 | 3:52:40 | DAT1 | SET FOR: PROB/RESTITUTION ON 10/15/2003 AT 0830A | DAN |
| 09/25/2003 | 3:52:41 | DISP | CHARGE 01: ARSON 2ND/#CNTS: 001    (AR10) | DAN |
| 09/25/2003 | 3:52:42 | DISP | CHARGE 01 DISPOSED BY: NOL PRS/DA ON: 09/25/2003 | DAN |
| 09/25/2003 | 3:52:43 | DISP | CHARGE 02: CRIM CONSPIRACY - F/#CNTS: 001  (AR10) | DAN |
| 09/25/2003 | 3:52:44 | DISP | CHARGE 02 DISPOSED BY: GUILTY PLEA ON: 09/25/2003 | DAN |
| 09/30/2003 | 2:08:08 | TEXT | MOTION TO WITHDRAW BY NEW | DAN |
| 10/01/2003 | 10:29:59 | TEXT | MOTION TO WITHDRAW BY NEW GRANTED | DAN |
| 10/07/2003 | 4:41:47 | TEXT | ORDER TO TRANSFER INMATE FOR HEARING | DAN |
| 10/08/2003 | 8:59:02 | ATY1 | ATTORNEY FOR DEFENDANT: BULLARD WILLIAM T  (AR10) | DEH |
| 10/08/2003 | 8:59:36 | TRAN | TRANSMITTAL NOTICE    SENT TO DEF ATTY 1 (AR09) | DEH |
| 10/14/2003 | 2:39:00 | CH02 | DEFENDANT SENTENCED ON: 09/25/2003    (AR05) | DAN |
| 10/14/2003 | 2:39:01 | CH02 | PROBATION OF: 05 YEARS    (AR05) | DAN |
| 10/14/2003 | 2:39:02 | CH02 | SUSPENDED CONFINEMENT: 13 YEARS    (AR05) | DAN |
| 10/14/2003 | 2:39:03 | CH02 | IMPOSED CONFINEMENT: 02 YEARS    (AR05) | DAN |
| 10/14/2003 | 2:39:04 | CH02 | TOTAL CONFINEMENT: 15 YEARS    (AR05) | DAN |

© Alacourt.com   3/7/2008        4

| 10/14/2003 | 2:39:05 | CH02 | COST PROVISION ORDERED BY THE COURT        (AR05) | DAN |
|---|---|---|---|---|
| 10/14/2003 | 2:39:06 | CH02 | FINE PROVISION ORDERED BY THE COURT        (AR05) | DAN |
| 10/14/2003 | 2:39:07 | CH02 | FINE IMPOSED: $250.00           (AR05) | DAN |
| 10/14/2003 | 2:39:08 | CH02 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | DAN |
| 10/14/2003 | 2:39:09 | CH02 | CVCC PROVISION ORDERED BY THE COURT        (AR05) | DAN |
| 10/14/2003 | 2:39:10 | CH02 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | DAN |
| 10/14/2003 | 2:39:11 | CH02 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT | DAN |
| 10/14/2003 | 2:39:12 | CH02 | CONCURRENT SENTENCE ORDERED BY THE COURT   (AR05) | DAN |
| 10/14/2003 | 2:39:13 | CH02 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | DAN |
| 10/14/2003 | 2:39:14 | CH02 | HABITUAL OFFENDER - #OFFENSES: 002   (AR05) | DAN |
| 10/14/2003 | 2:39:15 | CH02 | HABITUAL OFFENDER PROVISION ORDERED BY THE COURT | DAN |
| 10/14/2003 | 2:39:16 | CH02 | CONCURRENT WITH HOUSTON & CRENSHAW COUNTY CASES | DAN |
| 10/14/2003 | 2:39:29 | D001 | PAYMENT FREQUENCY SET TO: "L"          (FE52) | DAN |
| 10/14/2003 | 2:40:33 | CH02 | RESTITUTION FOR W001 ORDERED BY THE COURT  (AR05) | DAN |
| 10/15/2003 | 4:39:48 | TEXT | MOTION TO CONTINUE FILED & GRANTED | DAN |
| 10/20/2003 | 2:55:13 | DAT1 | SET FOR:  PROB/RESTITUTION  ON 12/08/2003 AT 0830A | DAN |
| 10/21/2003 | 11:22:57 | TEXT | MOTION TO TRANSPORT DEF FOR HEARING | DEH |
| 10/27/2003 | 8:29:22 | TEXT | ORDER TO TRANSPORT INMATE FOR HEARING      (AR01) | DAN |
| 11/19/2003 | 4:45:15 | TEXT | LETTER (MOTION) FROM LINGO PRO-SE THAT HE WANTS | DAN |
| 11/19/2003 | 4:45:16 | TEXT | RESTITUTION WITHDRAWN | DAN |
| 11/20/2003 | 1:20:40 | TEXT | MOTION TO WITHDRAW BY BULLARD | DAN |
| 12/03/2003 | 2:10:16 | TEXT | MOTION TO WITHDRAW GRANTED | DEH |
| 12/03/2003 | 2:10:17 | TEXT | MOTION FOR DISCOVERY AND MOTION TO WITHDRAW GUILTY | DEH |
| 12/03/2003 | 2:10:18 | TEXT | PLEA FILED PRO-SE BY LINGO (REPRESENTS SELF) | DAN |
| 12/03/2003 | 2:10:19 | TEXT | OPPOSITION TO MOTION TO WITHDRAW PLEA OF GUILT | DEH |
| 12/03/2003 | 2:11:49 | TRAN | TRANSMITTAL NOTICE    SENT TO DEF ATTY 1 (AR09) | DEH |
| 12/08/2003 | 8:53:15 | TEXT | JUDGE TO REVIEW TRANSCRIPT & RULE | DAN |
| 12/19/2003 | 8:42:16 | TEXT | ORDER DENYING MOTION TO WITHDRAW GUILTY PLEA | DAN |
| 12/22/2003 | 8:51:00 | TRSC | TRANSCRIPT OF RECORD ISSUED: 12/22/2003   (AR08) | DAN |
| 12/22/2003 | 8:51:04 | COST | COST BILL ISSUED: 12/22/2003        (AR08) | DAN |
| 12/23/2003 | 11:21:27 | TEXT | MOTION TO ASK JUDGE TO PUT BACK ON DOCKET (PRO-SE) | DAN |
| 12/29/2003 | 3:02:40 | TEXT | MOTION DENIED | DEH |
| 12/29/2003 | 3:24:38 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DEH |
| 01/06/2004 | 3:47:17 | TEXT | MOTION BY DEFENDANT TO APPOINT ATTORNEY | DAN |
| 01/07/2004 | 3:26:40 | TEXT | MOTION BY DEF DENIED | DEH |
| 01/08/2004 | 2:38:09 | CH02 | SENTENCE TO BEGIN ON: 09/25/2003      (AR05) | DAN |
| 01/09/2004 | 3:26:09 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DEH |
| 01/14/2004 | 10:09:44 | TEXT | MOTION BY DEF | DEH |
| 01/14/2004 | 2:59:28 | TEXT | MOTION DENIED | DEH |
| 01/14/2004 | 3:04:14 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DEH |
| 01/15/2004 | 10:14:00 | TEXT | MOTION BY DEFENDANT TO APPOINT APPEAL ATTORNEY | DAN |
| 01/20/2004 | 3:08:07 | TEXT | MOTION BY DEF DENIED | DEH |
| 01/21/2004 | 3:12:36 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DEH |
| 03/15/2004 | 10:00:12 | TEXT | MOTION FOR EXTENSION OF TIME | DEH |
| 03/18/2004 | 10:40:10 | TEXT | MOTION FOR EXTENSION OF TIME DENIED | DEH |
| 03/19/2004 | 10:39:48 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DEH |
| 03/26/2004 | 4:52:25 | TEXT | NOTICE OF APPEAL PRO-SE | DAN |
| 04/16/2004 | 4:11:58 | PRTY | PARTY ADDED  W001  MARCUS MULKEY         (AW21) | DAN |
| 04/20/2004 | 9:51:43 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DAN |
| 04/20/2004 | 9:53:00 | ADD1 | ADDR1 CHANGED FROM: C/O HOUSTON COUNTY JAIL (AR01) | DAN |
| 04/20/2004 | 9:53:01 | ADD2 | ADDR2 CHANGED FROM: 901 EAST MAIN STREET  (AR01) | DAN |
| 04/20/2004 | 9:53:02 | CITY | HOME CITY CHANGED FROM: DOTHAN         (AR01) | DAN |
| 04/20/2004 | 9:53:47 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DAN |

© *Alacourt.com   3/7/2008*       5

| 04/20/2004 | 10:02:22 | NAME | NAME CHANGED FROM: LINGO RALPH W #24877     (AR01) | DAN |
|---|---|---|---|---|
| 04/29/2004 | 10:17:33 | DISP | BY: D - DISMISSED ON: 04/27/2004          (AR11) | DAN |
| 06/10/2004 | 10:24:35 | TEXT | REQUEST TO PRODUCE | DEH |
| 06/10/2004 | 10:45:35 | TRAN | TRANSMITTAL NOTICE     SENT TO DEFENDANT   (AR09) | DEH |
| 06/21/2004 | 8:30:50 | TEXT | REQUEST TO PRODUCE DENIED | DEH |
| 06/22/2004 | 8:30:32 | TRAN | TRANSMITTAL NOTICE     SENT TO DEFENDANT   (AR09) | DEH |
| 08/31/2004 | 10:18:02 | ADD1 | ADDR1 CHANGED FROM: EASTERLING CF 9A-66     (AR01) | DAN |
| 11/16/2004 | 2:49:59 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | JAN |
| 02/02/2005 | 12:49:29 | PSTA | ENFORCEMENT PLACEMENT STATUS CHANGED TO: D | DET |
| 02/10/2005 | 9:55:00 | D001 | ENF PLACEMENT STATUS SET TO: "H"          (EC01) | DET |
| 02/10/2005 | 9:55:01 | D001 | AMOUNT DUE CHANGED FROM: "  $10016.40"   (EC01) | DET |
| 02/10/2005 | 9:55:02 | D001 | FREQUENCY AMOUNT SET TO    $10016.40     (EC01) | DET |
| 12/19/2005 | 2:42:53 | CASU | CASE ACTION SUMMARY PRINTED          (AR08) | DAN |

    *END OF THE REPORT*

# Alabama Court of Criminal Appeals Docket Sheet  *6b 332*

**CR-03-1193**                          APP : State Conviction                          **CR-03-1193**

Ralph Lingo v. State of Alabama  (Appeal from Barbour  Circuit Court: CC03-290).

| | |
|---|---|
| **Sentence Date** | **Conviction Date** |
| 09/25/2003 | 09/25/2003 |
| **Sentence'** | **Conviction** |
| 15 yrs. - 5 yrs. Probation | Criminal Conspiracy (Guilty Plea) |

| | | |
|---|---|---|
| **Notice of Appeal : 03/26/2004** | Docketed 04/23/2004 | DI |
| | Last Updated  / / | DI |

**Post Judgment Motions**

12/03/2003  Motion to Withdraw Guilty Plea; Denied on 12/19/2003; FILED LATE!

**Attorneys & Officials**

| | | |
|---|---|---|
| **Circuit Judge** | L. Bernard Smithart | Eufaula, AL  (334) 775-3408 |
| **Circuit Clerk** | David S. Nix | Eufaula, AL  (334) 775-8366 |
| **Ct. Reporter** | Kelli Wise Walker Mills | Union Springs, AL  (334) 738-3284 |
| **Pro Se Aplt.** | Ralph Lingo | Clio, AL  (205) - |

**Case Actions / Postings**

04/23/2004     Docket Sheet to Appellee.

*END OF DOCKETING INFORMATION*

EXHIBIT

**B**

PENGAD 800-631-6989

ACR371                ALABAMA JUDICIAL DATA CENTER
         NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                      BY THE TRIAL COURT CLERK
                IN THE CIRCUIT COURT  OF    BARBOUR COUNTY
STATE OF ALABAMA VS LINGO RALPH W #24877        JUDGE: HON. BURT SMITHART

| APPEAL DATE: 03/26/2004 |
|---|

INDIGENCY STATUS:
   GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES  _____ NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  __X__ YES  _____ NO
   INDIGENT STATUS REVOKED ON APPEAL:              __X__ YES  _____ NO
   INDIGENT STATUS GRANTED ON APPEAL:              _____ YES  __X__ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 09/25/2003          DATE OF SENTENCE: 09/25/2003

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 69/CC 2003 000290.00
CODE: CC06   CONVICTION: CRIM CONSPIRACY      ACTION: GUILTY PLEA
                                             STATUTE: 13A-004-003
SENTENCE:  CONF: 15 YRS 00 MOS 000 DAYS
SENTENCE:  PROB: 05 YRS 00 MOS 000 DAYS        LIFE: NO   LIFEWO: NO

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| X  MOTION TO W/D GUILTY PLEA | 1270372003 | 1271972003 | _____ |
| MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| OTHER | _____ | _____ | _____ |

COURT REPORTER(S):                    MILLS KELLI W.
ADDRESS:                              C/O HON. BURT SMITHART
                                      UNION SPRINGS ,  AL  36089

APPELLATE COUNSEL #1:                 _____
ADDRESS:                              _____
                                      _____
                                      _____
PHONE NUMBER:                         _____

APPELLATE COUNSEL #2:                 _____
ADDRESS:                              _____
                                      _____
PHONE NUMBER:                         _____

APPELLANT (PRO SE):                   LINGO RALPH W #24877
ADDRESS:                              C/O HOUSTON COUNTY JAIL
                                      DOTHAN         ,  AL  363010000
AIS #:                                24877

                                      Easterling C.F.
APPELLEE (IF CITY APPEAL):            P.O.Box-10
ADDRESS:                              Clio, AL 36017

I CERTIFY THAT THE INFORMATION PROVIDED                      OPERATOR: DAN
ABOVE IS ACCURATE TO THE BEST OF MY                   PREPARED: 04/16/2004
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 16 DAY OF April 2004  ___CIRCUIT COURT CLERK___

FILED
APR 15 2004
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

Re. CC03- 0290

MAR 1 3 2004

Ralph Lingo # A0083
EC. F. 9A - 66
200 Wallace
Clio , Al. 36017

Honorable David S. Nix Clerk
        This is a written notice of Appeal
on the above-referenced case. I also ask
this court to appoint appellate Counsel.
     Thank you in advance

                        Sincerely,
                        Ralph Lingo
                        Ralph Lingo. ProSe


Return Receipt Requested

# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

**CR-03-1193**

Ralph Lingo v. State of Alabama  (Appeal from Barbour  Circuit Court: CC03-290).

## CERTIFICATE OF JUDGMENT

To the Clerk of the above noted Trial Court, Greetings:

WHEREAS, the appeal in the above-referenced cause has been considered by the Court of Criminal Appeals; and

WHEREAS, an order was issued this date in said cause containing the judgment indicated below:

## Appeal Dismissed

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure and the order of dismissal, it is hereby certified that the aforesaid judgment is final.

**Witness. Lane W. Mann, Clerk**
**Court of Criminal Appeals, on this**
**the 27th day of April, 2004.**

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. L. Bernard Smithart, Circuit Judge
    Hon. David S. Nix, Circuit Clerk
    Ralph Lingo, Pro Se
    Office of Attorney General

**EXHIBIT**
**C**

PENGAD 800-631-6989

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

### CR-03-1193

Ralph Lingo v. State of Alabama  (Appeal from Barbour  Circuit Court: CC03-290).

## ORDER

Upon consideration of the above referenced appeal, the Court of Criminal Appeals orders that said appeal be and the same is hereby DISMISSED as untimely filed.  Having this date dismissed said appeal, the Court further orders that the certificate of judgment shall issue forthwith.

Done this the 27th day of April, 2004.

H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. L. Bernard Smithart, Circuit Judge
Hon. David S. Nix, Circuit Clerk
Kelli Wise Walker Mills, Court Reporter
Ralph Lingo, Pro Se
Office of Attorney General

# ALABAMA SJIS CC/DC CASE DETAIL

## Company Name: JEAN-PAUL CHAPPELL

OFFICE

County: **69**    Case Number: **CC-2003-000290.60**    Charge    **RULE**

Name: **LINGO RALPH W #190083**

REAL TIME

## Case

### Case Information

County: **69 - BARBOUR - EUFAULA**    Case Number: CC-2003-000290.60    JudgeID: LBS:HON. BURT SMITHART    Defendant status: **P:Prison**

Filed:    **09/10/2004**    Arresting agency type: **C:County**    Muni N°: **00**    City:

Arrest date:    Offense date:    ORI:    **0060000**    Officer:

Indictment date:    Grand jury:    **000**    Attorney 1:    Ticket N°:

Tracking N°'s:    **0/0/0**

Date:    Que:    **000**    Time:    Desc:

### Defendant Information

Name:    **LINGO RALPH W #190083**    Alias 1:    Alias 2:

DOB:    **02/04/1962**    SSN:    **XXX-XX-X145**    Driv License N°:    **AL**

Height:    **5'09"**    Weight:    **240**    Race/Sex:    **:White/M**    Eyes/Hair:    **GRN/BRO**

State ID:    **AL0**    Youthful Date:    AL institutional service #:    **190083**    Probation Office#:    **0000000-00**

Address 1:    **DRAPER CF**    Address 2:    **P.O. BOX 1107**

Zip:    **36025**    City:    **ELMORE**    State:    **AL**    Country:    **US**

### Prosecutor & Atty Info

Prosecutor:    Attorney 1:    Attorney 2:

Prosecutor Flag: **Turn off Notice**    Attorney 1 Flag: **Receive Notice**    Attorney 2 Flag: **Receive Notice**

### Warrant Information

Warrant Date: **-**    Warrant Action: **-**    Warrant Location: **-**

Bondsman process issuance:    Bondsman return:

### Charges

1. Crime co: **RULE**    Statute: **RULE 32-FELONY**    Stat Name: **RULE 32**    Class/Categ: **F OT**    Counts: **001**

2. Crime co:    Statute:    Stat Name:    Class/Categ:    Counts:

3. Crime co:    Statute:    Stat Name:    Class/Categ:    Counts:

More:    **N**    Domestic Violence:    Case Type: **F**    Case Categ: **OT**

Comment:

### Bonding Information

Bond amt:    **0.00**    Bond type:    Bond co:

Release date:    Surety:    **000**    Complaining Witness: **000**

Jury Demand:    Appeal Date:

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | 000 | | - |
| 2: | | 000 | 00:00 | - |
| 3: | | 000 | 00:00 | - |
| 4: | | 000 | 00:00 | - |

## Disposition

### Disposition

Court Action: **5:Petition denied**    Court Action date: **11/1/2004**    Jury:    More:    **N**



EXHIBIT

**D**

PENGAD 800-631-6089

Charge 1: RULE RULE 32-FELONY        RULE 32        F O        Counts:   001        CA:        5 11/01/2004
Charge 2:                                            Counts:                CA:
Charge 3:                                            Counts:                CA:
Admin Docket:              Why:               Trial Began,No Verdict1:        TBNV2:
Appeal:                    Court of Appeal:         Type:             Grand Jury's Action:
Continuance Date:          Why:                     Cont N° :   0     Domestic violence:
Comment:
Case Compl:  N             Sent Prov:  N            Due:
No of Warrants: 0          No of Subpoenas: 0       Updated:   01/05/2005

## Sentence - 69CC200300029060

### Sentence

Sent:                      Begin:                   End          0              PRB Beg:
IMP CONF:  00 00 000       SUSP CONF: 00  0 000     Total Conf:  00  0 000      Jail Cred:  00 0 0 000
LICN Susp:  00 0 0 000     Probation:   00 0 0 000  PRB Rev:

### Monetary

Cost:           Fine Imp: 0.00     Fine Susp: 0.00    CVCC:         HIS:
WCCS:           MCOS:              JFEE: 0.00         DRGF: # 0     ASUS:
WCDA:           REMB:              3CVC:              WARR:         USFE:
PREL:           DRUG:              RCUP: 0.00         SUBP:
RES1:  0.00                        RES2:  0.00                      RES3:  0.00
RES4:  0.00                        RES5:  0.00                      RES6:  0.00

### Confine

PENT:           LIFE:              LWOP:          DEATH:        SPLIT:        BOOT: DAYS:0   EMON: DAYS:0
JAIL:           CCUR:              CSEC:          CTERM:        RVSPL:        GANG: DAYS:0

### Programs

JDVR:           IPROB:             AASCH:         DUI:          DDC:          CSV: HOURS: 0   SAPP:
PTRL:           BCSCH:             MNTL:          CRO:          ASCH:         ANGER:         DRUGCT:

### Enhanced

PROJ:           CNOT:              SCH:           VDOB:         HOOF:
DRUGCODE:       MEAS:              VOL: 0.00

SEC/CUR:
Comment:
Bal Due:              Due:              CRO:              Updated:   Cost: 11/04/2004 by DAN

© Alacourt.com   4/7/2008        2

## Financial

### Case Action Summary - 69CC200300029060

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 09/10/2004 | 3:12:16 | JUDG | ASSIGNED TO: (LBS) HON. BURT SMITHART     (AR01) | DAN |
| 09/10/2004 | 3:12:17 | FILE | CHARGE 01: RULE 32-FELONY/#CNTS: 001      (AR01) | DAN |
| 09/10/2004 | 3:12:18 | STAT | INITIAL STATUS SET TO: "P" - PRISON      (AR01) | DAN |
| 09/10/2004 | 3:12:19 | FILE | FILED ON: 09/10/2004          (AR01) | DAN |
| 10/06/2004 | 2:37:16 | TEXT | REQUEST FOR EXTENSION OF TIME TO ANSWER RULE 32 | DEH |
| 10/06/2004 | 2:37:17 | TEXT | PETITION | DEH |
| 10/07/2004 | 4:07:19 | TEXT | REQUEST FOR EXTENSION GRANTED/30 DAY EXTENSION | DEH |

© Alacourt.com   4/7/2008       3

| 10/07/2004 | 4:07:20 | TEXT | GIVEN | DEH |
|---|---|---|---|---|
| 10/07/2004 | 4:11:53 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DEH |
| 10/28/2004 | 2:01:31 | TEXT | MOTION TO DISMISS PETITION FOR RELIEF FROM | DAN |
| 10/28/2004 | 2:02:07 | TEXT | CONVICTION OR SENTENCE PURSUANT TO RULE 32 | DAN |
| 11/04/2004 | 2:00:39 | DJID | DISPOSITION JUDGE ID CHANGED FROM:    TO: LBS | DAN |
| 11/04/2004 | 2:00:40 | DISP | CHARGE 01: RULE 32-FELONY/#CNTS: 001     (AR10) | DAN |
| 11/04/2004 | 2:00:41 | DISP | CHARGE 01 DISPOSED BY: PET DENIED ON: 11/01/2004 | DAN |
| 11/04/2004 | 2:03:35 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DAN |
| 12/06/2004 | 4:34:53 | ADD1 | ADDR1 CHANGED FROM: BULLOCK COUNTY CF     (AR01) | DAN |
| 12/06/2004 | 4:34:54 | CITY | HOME CITY CHANGED FROM: UNION SPRINGS     (AR01) | DAN |
| 12/06/2004 | 4:34:55 | ADD2 | ADDR2 CHANGED FROM: P.O. BOX 5107     (AR01) | DAN |
| 12/06/2004 | 4:37:59 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DAN |
| 12/17/2004 | 8:34:04 | TEXT | LETTER FROM DEFENDANT | DEH |
| 12/29/2004 | 4:17:42 | TRAN | TRANSMITTAL NOTICE    SENT TO DEFENDANT  (AR09) | DEH |
| 12/29/2004 | 4:18:01 | TEXT | MOTION DENIED | DEH |
| 01/05/2005 | 10:16:32 | ADD1 | ADDR1 CHANGED FROM: HOUSTON COUNTY JAIL#2487(AR01) | DAN |
| 01/05/2005 | 10:16:33 | CITY | HOME CITY CHANGED FROM: DOTHAN     (AR01) | DAN |
| 01/05/2005 | 10:16:34 | ADD2 | ADDR2 CHANGED FROM: 901 EAST MAIN STREET   (AR01) | DAN |
| 12/19/2005 | 2:43:03 | CASU | CASE ACTION SUMMARY PRINTED     (AR08) | DAN |



**END OF THE REPORT**