IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-142-WKW |
| | ) |
| KENNETH JONES, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the answer filed by the respondents, and as additional information/records are necessary for disposition of the present petition, it is

ORDERED that on or before April 24, 2008 the respondents shall file a supplement to their answers which contains copies of the petitioner's motion to withdraw guilty plea and Rule 32 petition. Although the state court case action sheet indicates filing dates for these pleadings, a pro se inmate's petition is actually deemed filed the date the petition is delivered to prison officials for mailing. *Houston v. Lack*, 487 U.S. 266, 271-272 (1988). "Alabama courts have [adopted this rule and] held that a pro se incarcerated petitioner/appellant is considered to have 'filed' a Rule 32 petition, a notice of appeal, or a petition for a writ of certiorari when those documents are given to prison officials for mailing." *Ex parte Allen*, 825 So.2d 271, 272 (Ala. 2002). Consequently, the prison mailbox rule applies to pro se motions filed in the state courts of Alabama. Thus, the correct dates of filing for petitioner's motion to withdraw guilty plea and Rule 32 petition

are not clear from the documents filed by the respondents. If petitioner did, in fact, present the motion to withdraw guilty plea to prison officials for mailing within thirty (30) days of his conviction, the respondents are advised to address the affect such filing has on their calculation of the running of the limitation period. The respondents shall likewise address the difference on such calculation, if any exists, between the date the Rule 32 petition is deemed "filed" by the state court and the date petitioner submitted the petition for mailing.

Done this 9th day of April, 2008.

       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE