IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-CV-142-WKW |
| ) | |
| KENNETH JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 15), it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) Mr. Lingo's petition for a writ of habeas corpus (Doc. # 1) is DENIED; and,

(3) This case is DISMISSED with prejudice.

DONE this 4th day of May, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE